United States Court of Appeals
**Fifth Circuit**

**F I L E D**

September 6, 2007

Charles R. Fulbruge III
Clerk

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 07-50071
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MANUEL RAFAEL CAMARENA

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-CR-1145

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Manuel Rafael Camarena raises arguments challenging the constitutionality of 21 U.S.C. § 851 that he concedes are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998). United States v. Mata, 491 F.3d 237, 245 (5th Cir. 2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.